FILED

APR 15 2016

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:16-00074
    18 U.S.C. § 930(a)

REGINALD BENNETT

# I N F O R M A T I O N

The United States Attorney Charges:

On or about August 9, 2015, defendant REGINALD BENNETT did knowingly and unlawfully possess a dangerous weapon, that is, a handcrafted prison weapon known as a "shank," in a Federal facility, that is, the Federal Correctional Institution at McDowell, located at or near Welch, McDowell County, West Virginia, within the Southern District of West Virginia.

In violation of Title 18, United States Code, Section 930(a).

CAROL A. CASTO
Acting United States Attorney

By: /s/ John L. File
JOHN L. FILE
Assistant United States Attorney

Date Filed: APRIL 15, 2016